No. 11–6301. WELLMAN v. DUPONT DOW ELASTOMERS L. L. C. ET AL. C. A. 3d Cir. Certiorari denied.

No. 11–6332. ZIVKOVIC v. IDAHO. Ct. App. Idaho. Certiorari denied.

No. 11–6344. LEDFORD v. GEORGIA. Sup. Ct. Ga. Certiorari denied.

No. 11–6357. BENDSHADLER v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 11–6367. FLOWERS v. NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 11–6394. FAIRCLOUGH v. WAWA INC. C. A. 3d Cir. Certiorari denied.

No. 11–6399. GLICK v. EDWARDS ET AL. C. A. 9th Cir. Certiorari denied.

No. 11–6402. FORNESS v. ASTRUE, COMMISSIONER OF SOCIAL SECURITY. C. A. 2d Cir. Certiorari denied.

No. 11–6424. AJLANE v. HOLDER, ATTORNEY GENERAL. C. A. 3d Cir. Certiorari denied.

No. 11–6430. DUMBRIQUE v. CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 11–6432. CAMPBELL v. FLORIDA. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 11–6433. DONNER v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 11–6446. DONIS v. COLORADO. Ct. App. Colo. Certiorari denied.

